AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>WALLACE REID RICE<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 25-247mJ<br>)<br>)<br>)<br>) |

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 20 2025

MITCHELL R. ELFERS
CLERK OF COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 19, 2025__ in the county of __Dona Ana__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 751 (a) | Escape from Custody |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DUSM Charles Palacios
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/20/25

_____
*Judge's signature*

City and state: __Las Cruces, New Mexico__    Barbara S. Evans, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Charles Palacios, being first duly sworn, hereby depose and state as follows:

1. I am a Deputy United States Marshal (USM) and have been since April 15, 2018. I have gained experience through training and everyday work relating to conducting these kinds of investigations. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority, charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code.

2. The information contained herein is based upon my investigation, as well as information supplied to me by other duly sworn law enforcement officers, and does not contain all information known to me, only facts for consideration of probable cause. I make this affidavit in support of a criminal complaint that there is probable cause to find that Wallace Reid Rice violated 18 U.S.C. § 751(a), Escape from Custody.

### Relevant Statute

3. 18 U.S.C. § 751(a), Escape from Custody makes it a crime for someone to "escape[ ] or attempt[ ] to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge…"

### Details of the Investigation

4. On August 20, 2021, a complaint was filed under Federal Case Number 2:21MJ1241 in the United States District Court for the District of New Mexico charging Wallace Reid Rice with violation of the 18 U.S.C. § 922 (g)(1) Felon in Possession of a Firearm and/or Ammunition.

5.   On June 23, 2022, Wallace Reid Rice was convicted of violating 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm and/or Ammunition, and sentenced to the custody of the Federal Bureau of Prisons (BOP) for a term of 46 months in United States District Court in the District of New Mexico, Federal Case Number 2:21CR01737-001KG. The judgment was filed on June 27, 2022.

6.   On or about September 05, 2024, the Bureau of Prisons (BOP) placed the defendant at Dismas Charities halfway house with a condition which stated, "the defendant is placed in the custody of Dismas Charities in Las Cruces, NM who agrees to (a) supervise the defendant, maintain residence at a (RRC) (Halfway House), as the pretrial services officer or supervising officer considers necessary."

7.   On or about September 05, 2024, the defendant signed an Acknowledgment of Custody form which stated, "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the Residential Center without permission from the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General."

8.   On or about February 19, 2025, the defendant stated, "I'm done with this shit, I'm out of here." The defendant was then observed walking out of the front door of Dismas Charities. This was confirmed via security video footage by Dismas Charities staff. The defendant was last seen wearing a black hoodie with white lettering, headed in an eastbound direction on Picacho Avenue in Las Cruces, New Mexico.

9.   I submit that probable cause exists to believe that Wallace Reid Rice committed the crime of Escape from Custody, in violation of 18 U.S.C. § 751(a).

10. The facts of this case were presented to AUSA Joni Stahl, and the case was approved for prosecution.

11.                                    Respectfully submitted,

*[signature]*

Charles Palacios
Deputy United States Marshal
U.S. Marshals Service
District of New Mexico (Las Cruces)


Subscribed and sworn to before me on February 20, 2025.

*[signature]*

UNITED STATES MAGISTRATE JUDGE